UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:14-CV-61753-BB/AOV

KRISTIAN E. MIERZWICKI,

       Plaintiff,

vs.

CITIGROUP INC.,

       Defendant.
_____/

**MOTION FOR LEAVE TO WITHDRAW YECHEZKEL RODAL'S APPEARANCE AS ONE OF PLAINTIFF'S ATTORNEYS**

In accordance with Local Rules 7.1(a)(1)(F) and 11.1(d)(3), Yechezkel Rodal respectfully moves this Court for leave to withdraw his appearance as one of Plaintiff's attorneys in this matter. Due to irreconcilable differences, the undersigned can no longer adequately represent the Plaintiff in this matter. The undersigned has informed Plaintiff, Plaintiff's co-counsel—Shaya Markovic, as well as Defendant's counsel of his intent to withdraw as counsel of record.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel represents that the Defendant is in agreement with respect to the relief requested herein.

                              Respectfully submitted,

                              /s/Yechezkel Rodal_____
                              YECHEZKEL RODAL ESQ.
                              FBN 091210
                              LOAN LAWYERS, LLC
                              *Attorneys for Plaintiff*
                              377 North State Road 7, Suite #202
                              Plantation, FL 33317
                              Telephone:    (954) 523-4357
                              E-Mail: chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on October 15, 2014 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| Guy E. Quattlebaum, Esq.<br>Akerman LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br><br>Counsel for Defendant CITI<br>Service by CM/ECF | Shaya Markovic, Esq.<br>Law Office of Shaya Markovic, P.A.<br>1221 South 21st Avenue<br>Hollywood, FL 33020<br><br><br>Counsel for Plaintiff<br>Service by CM/ECF | Kristian E. Mierzwicki<br>P.O. Box 523792<br>Miami, Florida 33152<br><br><br>Service via e-mail and<br>First-Class USPS Mail. |

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
377 North State Road 7, Suite #202
Plantation, FL 33317
Telephone:  (954) 523-4357
Facsimile:  (954) 581-2786


/s/Yechezkel Rodal_____
YECHEZKEL RODAL ESQ.
FBN 091210
E-Mail: chezky@floridaloanlawyers.com