**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:14-CV-61753-BB/AOV**

KRISTIAN E. MIERZWICKI,

       Plaintiff,

vs.

CITIGROUP, INC.,

       Defendant.
_____/

**MOTION FOR LEAVE TO WITHDRAW SHAYA MARKOVIC'S**
**APPEARANCE AS ATTORNEY FOR PLAINTIFF**

    In accordance with Local Rules 7.1(a)(1)(F) and 11.1(d)(3), Shaya Markovic respectfully moves this Court for leave to withdraw his appearance as Plaintiff's attorney in this matter. Due to irreconcilable differences, the undersigned can no longer adequately represent the Plaintiff in this matter. The undersigned has informed the Plaintiff, and Defendant's counsel of his intent to withdraw as counsel of record.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel represents that the Defendant is in agreement with respect to the relief requested herein.

                                               Respectfully Submitted,

                                                     /s/ Shaya Markovic
                                                     Shaya Markovic, Esq.
                                                     Florida Bar # 92858
                                                     Shaya@markoviclaw.com
                                                     *Attorney for Plaintiff*
                                                     Law Office of Shaya Markovic, P.A.
                                                     1221 South 21st Avenue
                                                     Hollywood, FL 33020
                                                     Telephone: 954-399-9850
                                                     Facsimile: 954-399-9854

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on October 21, 2014 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identifies on the attached Service List in this manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Guy E. Quattlebaum, Esq. Akerman LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Counsel for Defendant CITI<br>Service by CM/ECF | Kristian E. Mierzwicki<br>P.O. Box 523792<br>Miami, Florida 33152<br><br><br>Service via e-mail and<br>First-Class USPS Mail. |

        /s/ Shaya Markovic
        Shaya Markovic, Esq.
        Florida Bar # 92858
        Shaya@markoviclaw.com
        *Attorney for Plaintiff*
        Law Office of Shaya Markovic, P.A.
        1221 South 21st Avenue
        Hollywood, FL 33020
        Telephone: 954-399-9850
        Facsimile: 954-399-9854