UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-61753-CIV-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP INC.,

    Defendant.
_____/

## CITIGROUP INC.'S MOTION TO DISMISS AND MOTION FOR RELIEF FROM DEADLINES

Defendant, CITIGROUP, INC., by and through undersigned counsel, hereby files this Motion to Dismiss and Motion for Relief From Deadlines, and states:

1. Pursuant to this Court's Order of October 21, 2014 [ECF No. 10], Plaintiff was to either (1) retain new counsel, and new counsel to file a Notice of Appearance; or (2) File a Notice of Intent to Proceed *Pro Se* within 21 days of the Order (to wit, November 11, 2014).

2. Plaintiff has failed to comply with this requirement.

3. Pursuant to paragraph 5 of the Order, dismissal of the action may result and is hereby requested.

4. Further, a separate Order of this Court [ECF No. 11] requires the filing of a Joint Scheduling Report and Certificates of Interested Parties by November 12, 2014.

5. Defendant filed the Certificate of Interested Parties on November 4, 2014 [ECF No. 12].

6. However, Defendant is unable to comply with a Joint Scheduling Report as Plaintiff has not retained counsel and/or given Notice to Proceed *Pro Se*.

{29888551;1}

7.     Pursuant to paragraph 6 of this Court's October 21, 2014 Order [ECF No. 10], Defendant respectfully requests Relief from the November 12, 2014 deadline to file a Joint Scheduling Report.

WHEREFORE, Defendant, Citibank, Inc. respectfully requests that this Court dismiss this action and, in the alternative, grant relief from the imposed deadlines.

Dated: November 12, 2014          Respectfully submitted,

*/s/ Guy E. Quattlebaum*
Guy E. Quattlebaum (FBN: 86185)
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
guy.quattlebaum@akerman.com
Telephone: 561/653-5000
*Attorneys for Defendant Citigroup Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and which serves on parties who are authorized to receive electronic Notices of Electronic Filing as follows:

**Attorney for Defendant**
Guy E. Quattlebaum (FBN: 86185)
AKERMAN LLP
Phillips Point, West Tower
777 S. Flagler Dr., 11th Fl.
West Palm Beach, FL 33401
guy.quattlebaum@akerman.com
Telephone: 561/653-5000

and upon the following via regular U.S. Mail, postage pre-paid:

**Pro Se Plaintiff**
Kristian E. Mierzwicki
P.O. Box 523792
Miami, FL 33152

                                                          /s/ *Guy E. Quattlebaum*
                                                          Guy E. Quattlebaum (FBN: 86185)