UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiffs,

vs.

CITIGROUP, INC.,

    Defendant.
_____/

**PLAINTIFF, KRISTIAN E. MIERZWICKI'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS AND MOTION
FOR RELIEF FROM DEADLINES**

    Plaintiff, KRISTIAN E. MIERZWICKI, by and through undersigned counsel, hereby files this Response to Defendant's Motion to Dismiss and Motion for Relief from Deadlines, and states:

    1.    Pursuant to this Court's Order of October 21, 2014 [ECF No. 10], Plaintiff was to either (1) retain new counsel, and for new counsel to file a Notice of Appearance within 21 days of the Order.

    2.    Pursuant to paragraph 5 of the Order, dismissal of the action "may" result.

    3.    Defendant is now requesting that this matter be dismissed.

    4.    Plaintiff has just retained the undersigned counsel to represent him in this matter.

    5.    There is no prejudice against Defendant to warrant a dismissal of this matter.

    6.    As Plaintiff was pro se, he needed time to find an attorney to represent his interests in this matter.

    7.    The undersigned just filed his Notice of Appearance and will proceed to file the required Scheduling Report and Certificate of Interested Persons.

-2-

8.       As this court indicated in [ECF 10], if any party is required to make any filing in the next thirty days, a thirty-day extension of that deadline will be granted.

9.       As such, the undersigned requests an additional thirty (30) days to file its Scheduling Report and Certificate of Interested Persons.

WHEREFORE, Plaintiff, KRISTIAN E. MIERZWICKI, respectfully requests this Honorable Court deny Defendant's Motion to Dismiss and grant both parties additional time to file its Joint Scheduling Report

Dated: November 12, 2014                      PLAINTIFF

                                                By:   */s/ Adam S. Baron*
                                                       ADAM S. BARON, ESQ.
                                                       Florida Bar Number: 048071
                                                       3696 N. Federal Highway
                                                       Suite 201
                                                       Fort Lauderdale, FL 33308
                                                       Telephone: 954-390-0876
                                                       Facsimile: 954-390-6304
                                                      Email: abaron@pblmklaw.com
                                                      Attorney for Plaintiff

-3-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was sent via email on November 12, 2014 to Guy E. Quattlebaum, Esquire, Attorney for Defendant, AKERMAN LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL 33401 at guy.quattlebaum@akerman.com

**Pyszka, Blackmon, Levy, Kelley, Rajo & Baron**
Attorney for Plaintiff
3696 North Federal Highway
Suite 201
Fort Lauderdale, FL 33308
Telephone: 954-390-0876
Facsimile: 954-390-6304
E-Mail: abaron@pblmklaw.com


BY: */s/ Adam S. Baron*
     Adam S. Baron, Esquire
     Florida Bar No.: 480071