UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____/

### ORDER DENYING MOTION TO DISMISS

This matter is before the Court upon Defendant Citigroup Inc.'s Motion to Dismiss and Motion for Relief from Deadlines, ECF No. [13], and Plaintiff's Counsel's Notice of Appearance, ECF No. [14], both filed November 12, 2014. Defendant requests that the Court dismiss the instant matter as Plaintiff has failed to comply with the Court's prior orders. *See* ECF No. [13]. On October 21, 2014, the undersigned issued an order directing Plaintiff to either (1) retain new counsel, and new counsel shall file a Notice of Appearance, or (2) file a Notice of Intent to Proceed *Pro Se* within twenty-one days "of the service of [the] Order." *See* ECF No. [10]. Although the Order was signed and dated on October 21st, it was not posted to the Court's electronic docket until the following day. Therefore, service of the Order was not made until October 22, 2014. As a result, the deadline for Plaintiff's compliance had not expired prior to Defendant's Motion to Dismiss—compliance was required by November 12, 2014. In fact, Plaintiff has complied with the Court's request. *See* ECF No. [14].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant Citigroup Inc.'s Motion to Dismiss and Motion for Relief from Deadlines,

**ECF No. [13]**, is **DENIED**.

2. Plaintiff's Counsel's Notice of Appearance, **ECF No. [14]**, improperly filed as a Motion for Order of Sale and Motion for Leave to Appear, is **DENIED AS MOOT**.

The parties' Joint Scheduling Report shall be filed by
3. **December 3, 2014**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record