UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiffs,

vs.

CITIGROUP, INC.,

    Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | Motion for Costs | | X |
| 2. | Motion for Attorney's Fees | | X |
| 3. | Motion for Sanctions | | X |
| 4. | Motion to Dismiss | | X |
| 5. | Motions for Summary Judgment | | X |
| 6. | Other (specify) Discovery Motions | X | |

December 3, 2014    /s/ Adam S. Baron
    (Signature - Plaintiff's Counsel)

December 3, 2014    /s/ Guy E. Quattlebaum
    (Signature - Defendant's Counsel)

{29994153;1}