**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-CIV-61753-BLOOM/Valle**

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____/

**ORDER**

This matter came before the Court upon the parties' Notice of Selection of Mediator, ECF No. [25]. On December 3, 2014, the Court filed its Scheduling Order ordering the parties to select a mediator pursuant to Local Rule 16.2, schedule *a time, date and place* for mediation, and jointly file a proposed order scheduling mediation on or before January 5, 2015. ECF No. [21] (emphasis added). *See* ECF No. [12]. Despite this clear instruction, the parties have failed to file a compliant notice: the parties have selected a mediator, but failed to schedule mediation in accord with the Court's December 3rd Order. *See* ECF No. [25].

It is therefore **ORDERED AND ADJUDGED** that on or before **January 8, 2015**, the parties shall comply with the requirements of this Court's December 3rd Scheduling Order. Failure to comply will result in sanctions, up to and including dismissal without prejudice. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, any proposed order is to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of January, 2015.

                                                _____
                                                BETH BLOOM
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record