UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

vs.

CITIGROUP, INC.,

    Defendant.
_____/

**NOTICE OF UNAVAILABILITY**

Counsel for Plaintiff, hereby files this Notice of Unavailability. Undersigned will be unavailable from February 13, 2015 through February 23, 2015. Counsel for Plaintiff requests that any hearings, depositions, mediations, and other proceedings requiring Plaintiff counsel's attendance, be rescheduled during that time period.

Dated: January 26, 2015        Respectfully submitted,

                                      By:    */s/ Adam S. Baron*_____
                                                ADAM S. BARON, ESQ.
                                                Florida Bar Number: 480071
                                                3696 N. Federal Highway
                                                Suite 201
                                                Fort Lauderdale, FL 33308
                                                Telephone: 954-390-0876
                                                Facsimile: 954-390-6304
                                                Email: abaron@pblmklaw.com
                                                Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the forgoing document is being served this day on Guy E. Quattlebaum, Esquire, Attorney for Defendant, AKERMAN LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL 33401, in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Pyszka, Blackmon, Levy, Kelley, Rajo & Baron**
Attorney for Plaintiff
3696 North Federal Highway
Suite 201
Fort Lauderdale, FL 33308
Telephone: 954-390-0876
Facsimile: 954-390-6304
E-Mail: abaron@pblmklaw.com


BY: */s/ Adam S. Baron*
Adam S. Baron, Esquire
Florida Bar No.: 480071