UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____/

**ORDER**

      This matter came before the Court upon a *sua sponte* review of the record. On December 3, 2014, the Court filed its Scheduling Order requiring the parties to select a mediator pursuant to Local Rule 16.2, schedule *a time, date and place* for mediation, and jointly file a proposed order scheduling mediation on or before January 5, 2015. ECF No. [21] (emphasis added). Despite this clear instruction, on January 5, 2015, the parties filed a Notice of Selection of Mediator, ECF No. [25], which failed to schedule mediation in accord with the Court's December 3rd Order. Recognizing this noncompliance, the Court ordered the parties to file a compliant notice on or before January 8, 2015. *See* ECF No. [26]. To date, the parties have failed to comply.

      It is therefore **ORDERED AND ADJUDGED** that on or before **January 29, 2015**, the parties shall comply with the requirements of this Court's December 3rd Scheduling Order. *Failure to comply will result in immediate dismissal without prejudice without further notice*. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, any proposed order is to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of January, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record