UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

vs.

CITIGROUP, INC.,

    Defendant.
_____/

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby gives notice of filing its Amended Complaint pursuant to this Court's Scheduling Order and Fed. R.Civ. P. 15(a)(2) with written consent of the Defendant. A copy of Defendant's written consent is attached hereto. Furthermore, the undersigned has no objections to allowing Defendant to file a response to the Amended Complaint within twenty-one (21) days.

Dated: January 29, 2015

Respectfully submitted,

By:   */s/ Adam S. Baron*
ADAM S. BARON, ESQ.
Florida Bar Number: 0480071
3696 N. Federal Highway
Suite 201
Fort Lauderdale, FL 33308
Telephone: 954-390-0876
Facsimile: 954-390-6304
Email: abaron@pblmklaw.com
Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2014, a true and correct copy of the foregoing and attachments thereto was electronically filed with the Clerk of Court using CM/ECF. I also certify that same was served on all counsel of record via CM/ECF.

**Pyszka, Blackmon, Levy, Kelley, Rajo & Baron**
Attorney for Plaintiff
3696 North Federal Highway
Suite 201
Fort Lauderdale, FL 33308
Telephone: 954-390-0876
Facsimile: 954-390-6304
E-Mail: abaron@pblmklaw.com


BY:   /s/ Adam S. Baron
        Adam S. Baron, Esquire
        Florida Bar No.: 480071

# Adam S. Baron

**From:** guy.quattlebaum@akerman.com
**Sent:** Tuesday, January 27, 2015 4:26 PM
**To:** Adam S. Baron
**Subject:** RE: SERVICE OF COURT DOCUMENTS - Case No: 0:14-cv-61753-BB Mierzwicki v. Citigroup, Inc.

No objection to the amendment but will need/request 21 days to file a response.

Regards,

Guy

**Guy E. Quattlebaum**
Akerman LLP | 777 South Flagler Drive | Suite 1100 West Tower | West Palm Beach, FL 33401
Dir: 561.671.3678 | Main: 561.653.5000 | Fax: 561.659.6313
guy.quattlebaum@akerman.com

vCard | Bio | LinkedIn



Akerman LLP  600+ lawyers  20 locations | akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.