UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.
_____/

## ORDER REOPENING CASE

This matter is before the Court upon review of the Court's email records. On December 3, 2014, the Court filed its Scheduling Order ordering the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and "jointly *file* a proposed order scheduling mediation" on or before January 5, 2015. ECF No. [21] (emphasis added). After several attempts to obtain compliance, see ECF Nos. [26] and [28], the Court dismissed this action for failure to comply with Court orders. *See* ECF No. [31]. It now appears that rather than file the proposed orders as repeatedly requested, the parties had emailed the proposed orders to the chambers email. At no point did either party make any attempt to reflect this action on the actual record, as required by the Court's orders which note that the proposed orders must be "filed," meaning, placed on the docket. Nonetheless, these emails were timely, sending the proposed orders within the deadlines prescribed by the Court.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case be **REOPENED**. The parties are reminded that "filing" requires actual filing on the Court's

electronic filing system, not merely the submission of a document via email.[1]

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of February, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

---

[1] The Court recognizes that its orders have instructed any proposed order to be emailed to the Chambers email account. This request is *in addition to* properly placing any required filing on the record.