IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
CASE NO: 14-CIV-61753-BLOOM/VALLE

KRISTAN E. MIERZWICKI

    Plaintiff,

vs.

CITIGROUP, INC.       MEDIATION REPORT

    Defendant

The parties mediated this case before Rodney Romano on 3-17-15 and the matter DOD NOT SETTLE.

_____
Rodney G Romano, Esq.
FBN 559482
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd
Suite 700
West Palm Beach, Florida 33401
561-340-3500
561-818-0001 (cell)

SETTLEMENT AGREEMENT - 1