UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

This matter comes before the Court upon Pro Se Plaintiff Kristian E. Mierzwicki's Second Amended Complaint, ECF No. [58]. Plaintiff Kristian E. Mierzwicki ("Plaintiff") commenced this action almost one year ago, asserting a cause of action under the Telephone Consumer Protection Act, 47 U.S.C § 227, *et seq.* ("TCPA"). *See* ECF No. [1]. Since that time, this litigation has been plagued with attorney withdrawals, who have repeatedly cited irreconcilable differences. *See* ECF Nos. [7], [9], and [48]. Notwithstanding Plaintiff's indication that he wishes to proceed *pro se*, see ECF No. [55], Plaintiff has seemingly retained new counsel, see ECF No. [58].

More importantly, the Court has yet to receive a response to Defendant Citibank, N.A.'s Motion to Dismiss, ECF No. [39], which was filed on April 3, 2015. After several extensions, a response to the Motion was required on or before July 17, 2015, ECF NO. [56], yet Plaintiff has opted to amend. Based on the record presented, this amendment is improper. Rule 15 provides that a party may amend as a matter of course (a) within 21 days after serving it, or (b) after 21

days after service of a responsive pleading.[1]  *See* Fed. R. Civ. P. 15(a).  Neither of these situations is present.  Moreover, Plaintiff has neither indicated that Defendant Citibank, N.A. consents to the amendment, nor has he sought the Court's leave.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that **on or before July 24, 2015**, Plaintiff shall show cause why the Court should not strike Plaintiff's Second Amended Complaint and grant Defendant Citibank, N.A.'s Motion to Dismiss by default.  Failure to respond to this Order will result in immediate dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of July, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

---

[1] Rule 15 explicitly states that amendment is permitted "21 days after *service* of a responsive pleading or 21 days after *service* of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a). The 21-day period was not automatically tolled by the Court's extension of time.