# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____/

## ORDER ON EXTENSION OF TIME

This matter is before the Court upon Defendant Citibank N.A.'s Unopposed Motion for Enlargement of Time, ECF No. [64] ("Motion"). On April 3, 2015, Defendant Citibank N.A. ("Defendant") filed its Motion to Dismiss, ECF No. [39]. After several extensions and other issues, a response thereto was required on or before July 24, 2015. On July 22, 2015, Plaintiff Kristian Mierzwicki ("Plaintiff") filed his response, which, among other things, included a Motion to Amend. *See* ECF Nos. [60] and [63]. Accordingly, a reply to Defendant's Motion to Dismiss is required on or before August 4, 2015, and a response to Plaintiff's Motion to Amend is required on or before August 10, 2015. *See* S.D. Fla. L.R. 7.1(c).

Being fully advised it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall have until Monday, **August 10, 2015** to file its Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and **until August 17, 2015** to file its Response to Plaintiff's Motion for Leave to Amend.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of July, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record