UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 14-CIV-61753-BLOOM/VALLE

KRISTIAN E. MIERZWICKI,

    Plaintiff,

vs.

CITIGROUP, INC., UNITED COLLECTIONS
BUREAU, INC., an Ohio corporation, UNITED
RECOVERY SYSTEMS, LP, a Texas Limited
Partnership,  MIDLAND CREDIT MANAGEMENT,
INC., a California corporation, and JOHN DOES NUMBER
1-10,

    Defendants.
_____/

## REPLY IN SUPPORT OF PLAINTIFF'S
## MOTION TO AMEND THE PLEADINGS, *nunc pro tunc*

    Plaintiff via undersigned counsel hereby replies to the Defendant's Response in Opposition to Plaintiff's Motion to Amend the Pleadings, *nunc pro tunc.*

    The Plaintiff's rely on their memorandum of law in support of their Motion to Amend, and their Response in Opposition to the Defendant's Motion to Dismiss and assert as follows:

    The Motion to Amend is not a futile pleading as alleged in Defendant's Response in Opposition, or its Reply to the Plaintiff's Response in Opposition to its Motion to Dismiss.

    The proposed Second Amended Complaint contains specific facts against Citi and each proposed additional defendant, and therefore Defendant's "grouping together" argument is disingenuous.

    Additionally, the Plaintiff sets forth facts which satisfactorily allege that each of the additional proposed defendants made representations that they were acting on behalf of Citi, and so therefore, Plaintiff has adequately alleged the existence of an agency

relationship for the purpose of a motion to dismiss. The actual existence of a relationship between the proposed defendants and Citi is information largely held by Citi, and therefore discovery into the relationships between Citi and the proposed defendants should be permitted to continue.

Defendant's reliance on *Great Florida Bank v. Countrywide Home Loans, Inc.*, 2011 WL 382588 is misplaced. First, *Countrywide* is a district court order, and while persuasive, it is not binding on this Court. Second, *Countrywide* dealt with a complaint wherein the plaintiff made all agency allegations "on information and belief." In this case, Plaintiff alleges that he was informed by each of the different proposed defendants that they were attempting to collect a debt on behalf of Citi.

Additionally, Citi's argument that it is a direct creditor ignores Plaintiff's allegations that it was not a direct creditor of Plaintiff, and so the cases holding that a direct creditor may not be held liable for TCPA violations are inapplicable.

The Plaintiff respectfully requests that the Court deny the Defendant's Motion to Dismiss, and Grant the Plaintiff's Motion to Amend, *nunc pro tunc*.

Dated this 25th day of August, 2015.

                        WEISS, HANDLER & CORNWELL, P.A.
                        One Boca Place – Suite 218-A
                        2255 Glades Road
                        Boca Raton, Florida  33431
                        Phone: 561-997-9995
                        Fax: 561-997-5280

                        By:
                           ____/s_____
                           SYLVIA L. WENGER, ESQ.
                           Florida Bar No.: 125148
                           slw@weissandhandlerpa.com
                           ma@weissandhandlerpa.com
                           filings@weissandhandlerpa.com
                           SETH A. KOLTON, ESQ.
                           Florida Bar No.: 0021045
                           sak@weissandhandlerpa.com
                           cb@weissandhandlerpa.com

CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on August 26, 2015. I also certify that the foregoing document is being served this day on all counsel of records identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

      **Weiss, Handler & Cornwell, P.A.**
Attorney for Plaintiff
2255 Glades Road, Suite 218-A
Boca Raton, FL  33431
Telephone: 561-997-9995
Facsimile: 561-997-8052
E-Mail: slw@weissandhandlerpa.com


BY:  /s/ Sylvia L. Wenger, Esq.
      Sylvia L. Wenger, Esquire
      Florida Bar No.: 125148