UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon a *sua sponte* review of the record. On December 3, 2014, this Court entered its Scheduling Order for this matter. ECF No. [21]. No continuances have been granted, nor have any been sought. In any event, the Court's Scheduling Order remains firmly in effect irrespective of the current stage of litigation. Pursuant to the Scheduling Order, a joint pretrial stipulation was required on September 14, 2015. To date, the parties have failed to comply and file the requested stipulation. Accordingly, it is hereby **ORDERED AND ADJUDGED** that **on or before September 25, 2015**, the parties shall comply with the Court's December 3rd Scheduling Order. Failure to comply will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of September, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record