UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-61753-BLOOM/VALLE

KRISTIAN MIERZWICKI,

    Plaintiff,

vs.

CITIGROUP, INC.,

    Defendant.
_____/

PLAINTIFF'S UNOPPOSED MOTION TO AMEND BY INTERLINEATION

Comes now, Plaintiff Kristian Mierzwicki, through undersigned counsel, and requests that the Court grant permission to amend by interlineation two scrivener's errors, which inadvertently were contained in the Plaintiff's Second Amended Complaint (the "Complaint") (DE 77) as follows:

1. Both sections "II" and "IV" of the Complaint read "The Parties." Section II is titled correctly. Section IV should read "Factual Allegations."

2. Paragraph 11 states that Plaintiff resides in Palm Beach County. Plaintiff resides in Broward County.

Wherefore, the Plaintiff requests that the Court permit amendment by interlineation to reflect that Section IV addresses "Factual Allegations," and paragraph 11 reflect that Plaintiff resides in Broward County.

Pursuant to S.D. Fla. L.R. 7.1, the undersigned has contacted counsel for the Defendant and has been authorized to represent that the Defendant has no objection to the requested relief.

Respectfully submitted this 18th day of September 2015.

WEISS, HANDLER & CORNWELL,P.A.
2255 Glades Road, Suite 218-A
Boca Raton, Fl  33431
Phone: (561) 997-9995
Fax:     (561) 997-5982

By: ___/S_____
Sylvia L. Wenger, Esq.
Fla. Bar. No. 125148
slw@weissandhandlerpa.com
ma@weissandhandlerpa.com
wjc@weissandhandlerpa.com
filings@weissanhandlerpa.com
sak@weissandhandlerpa.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on September 18, 2015.  I also certify that the foregoing document is being served this day on all counsel of records identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

**Weiss, Handler & Cornwell, P.A.**
Attorney for Plaintiff
2255 Glades Road, Suite 218-A
Boca Raton, FL  33431
Telephone: 561-997-9995
Facsimile: 561-997-8052
E-Mail: slw@weissandhandlerpa.com

BY:   /s/ Sylvia L. Wenger, Esq.
Sylvia L. Wenger, Esquire
Florida Bar No.: 125148