UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-61753-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court upon the Plaintiff's Notice of Dismissal with Prejudice, ECF No. [105], filed October 16, 2015. The Court having reviewed the stipulation and being fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own expenses, fees, and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of October, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record